IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MISC.S-04-0011 DFL-GGH |
| Plaintiff, | ) | |
| v. | ) | ORDER TRANSFERRING VENUE |
| SARA J. RICHEY, | ) | |
| Defendant. | ) | |

Pursuant to the Application for Inter-District Transfer filed herein, venue is transferred to the Fresno Division of the U.S. District Court, Eastern District of California.

The Clerk is instructed to transfer the Court file, together with a copy of this Order, to the Clerk, Eastern District of California, Fresno Division; and to give notice of the transfer to the parties. The Clerk in Fresno shall give notice of the transfer, with the new District Court case number, to the parties.

Dated: 2/6/2006          1:06 - MC - 0005   KJM

_____
DAVID F. LEVI
United States District Judge